UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK RAM MITTAL; and Does 1-10,<br><br>　　　　Defendant | Case No.: 2:14-CV-07127-JAK-AGR<br><br>**ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL** |

### ORDER

The Court hereby sets an Order to Show Cause for March 2, 2015 at 8:30 am. If a dismissal is filed by February 23, 2015, no appearance will be required on March 2, 2015. All other dates and deadlines are vacated.

**IT IS SO ORDERED.**

Dated: January 15, 2015  　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Notice of Settlement　　　　-1-　　　　2:14-CV-07127-JAK-AGR