UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MARK RAM MITTAL; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-07127-JAK-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**<br><br>JS-6 |

**<u>ORDER</u>**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: February 17, 2015 _____
                                HONORABLE JOHN A. KRONSTADT
                                UNITED STATES DISTRICT JUDGE